# OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# ACKNOWLEDGMENT OF HEARING NOTICE (SEATTLE)

**I acknowledge receipt of the notice of assignment showing my case:**

Case Number: 17-15589

Case Title: State of Hawaii et al. v. Donald J. Trump et al.

**assigned for hearing:**

Date: 5-15-2017 Time: 9:30am Courtroom: SE 7th Floor Courtroom 2

Location: William K. Nakamura U.S. Courthouse, 1010 Fifth Avenue, Seattle, Washington 98104

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

Name: Neal Kumar Katyal

Phone: (202) 637-5528 Email Address: neal.katyal@hoganlovells.com

Party/parties represented: State of Hawaii; Ismael ElShikh

Names of other appearing counsel on side and allocation of total time per side if more than one attorney to argue:

Special needs you may require in the courtroom:

☛ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using CM/ECF.**

**Admission status (to be completed by attorneys only):**

◉ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

Signature (use "s/" format): s/ Neal Kumar Katyal Date: 4-25-2017

**Filing Instructions**

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in CM/ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or, if exempt from electronic filing-

*US Mail:* Office of the Clerk, U.S. Court of Appeals, William K. Nakamura U.S. Courthouse, 1010 Fifth Avenue, Seattle WA 98104
Phone: 206-224-2200